**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**   FILED

2012 MAR 22 PM 2: 28

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  12CR837 |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| JOSE ALONSO FLORES-LOPEZ, | |
| Defendant. | |

        IT APPEARING that the defendant is now entitled to be discharged
for the reason that:

__X__   an indictment has been filed in another case against the defendant and
        the Court has granted the motion of the Government for dismissal of
        this case, without prejudice; or

____    the Court has dismissed the case for unnecessary delay; or

____    the Court has granted the motion of the Government for dismissal,
        without prejudice; or

____    the Court has granted the motion of the defendant for a judgment of
        acquittal; or

____    a jury has been waived, and the Court has found the defendant not
        guilty; or

____    the jury has returned its verdict, finding the defendant not guilty;

X

____    of the offense(s) as charged in the Information:

21:952 AND 960
_____

_____

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.


DATED:  3/22/12                    _____
                                   Jan M. Adler
                                   U.S. Magistrate Judge